# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Cr. No.: 24-cr-83-JL-AJ-01 |
| v. ) | |
| ) | 18 U.S.C. § 2423(a) |
| JESUS MOORE ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

(Transportation of a Minor – 18 U.S.C. § 2423(a))

On or about March 7, 2022, in the District of New Hampshire and elsewhere, the defendant,

**JESUS MOORE**

did knowingly transport an individual who had not attained the age of 18 years in interstate and foreign commerce, with intent that the individual engage in sexual activity for which any person can be charged with a criminal offense, namely, aggravated felonious sexual assault which was a criminal offense under NH RSA 632-A:2(k)(2).

TRUE BILL

Dated: July 24, 2024

/s/ Foreperson
Grand Jury Foreperson

JANE E. YOUNG
United States Attorney

/s/ Anna Z. Krasinski
Anna Z. Krasinski
Assistant U.S. Attorney